O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA BRACKEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 07-764-OP<br><br>JUDGMENT |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner and dismissing this action with prejudice.

DATED: March 2, 2009

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

1